The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC., an Indiana corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEI "TONY" JIANG, an individual, DAIXIUZHEN DIAXUZHEN, an individual; DAI XIUZHEN CO.," an unknown entity; ZHU YOUNG CHENG a/k/a "ZHU YONGCHENG," an individual; "ZHU YOUNGCHENG CO.," an unknown entity; ZHENYAO YANG, an individual; "ZHENYAO YANG CO.," an unknown entity; YOKO NAKAMURA, an individual; JUN FAN, an individual; AKIRA NAKAMURA, an individual; LILI NELSON, an individual; WENJUN SONG, an individual; WENJUAN LIU, an individual; and JOHN DOES 1–10,<br><br>Defendants. | No. C18-00356-RSL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT WEI "TONY" JIANG TO FILE AN ANSWER TO THE COMPLAINT<br><br>*Noted for Consideration:*<br>May 14, 2018 |

STPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR DEFENDANT WEI "TONY" JIANG TO
FILE AN ANSWER TO THE COMPLAINT – Page 1

SPIRO HARRISON
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.899.1996  F 973.232.0887

## STIPULATION

The undersigned parties, by and through their attorneys of record, stipulate to entry of the proposed order set forth below, extending the time for Defendant Wei "Tony" Jiang to file his Answer to the Complaint. In support of this request, the undersigned parties represent the following to the Court:

1. Plaintiffs filed their complaint in this matter on March 8, 2018. Dkt. 1. Plaintiffs served Mr. Jiang with the complaint on or about March 26, 2018. Dkt. 12. Mr. Jiang's undersigned counsel filed a notice of appearance on April 16, 2018. Dkt. 21.

2. Plaintiffs and Mr. Jiang have agreed that Mr. Jiang will file an Answer to the Complaint by no later than May 25, 2018.

## ORDER

IT IS SO ORDERED.

The parties shall adhere to the schedule set forth above.

DATED this 15th day of May, 2018.

_____
JUDGE ROBERT S. LASNIK
United States District Judge

Stipulated and jointly presented by:

SPIRO HARRISON

By: /s/ Hozaifa Y. Cassubhai
    Hozaifa Y. Cassubhai, WSBA #39512
    500 Union Street, Suite 800
    Seattle, Washington 98101
    Telephone: (206) 899-1996
    Fax: (973) 232-0887
    Email: hcassubhai@spiroharrison.com

*Counsel for Defendant Wei "Tony" Jiang*

STPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT WEI "TONY" JIANG TO FILE AN ANSWER TO THE COMPLAINT – Page 2

SPIRO HARRISON
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.899.1996  F 973.232.0887

1. DAVIS WRIGHT TREMAINE LLP

2. By: */s/ James Harlan Corning*
3.     Bonnie Elizabeth MacNaughton, WSBA #36110
    James Harlan Corning, WSBA #45177
4.     1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
5.     Telephone: (206) 622.3150
    Fax: (206) 757-7700
6.     Email: bonniemacnaughton@dwt.com
7.     jamescorning@dwt.com

8. *Counsel for Plaintiffs*

9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

STPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE FOR DEFENDANT WEI "TONY" JIANG TO
FILE AN ANSWER TO THE COMPLAINT – Page 3

SPIRO HARRISON
500 UNION STREET, SUITE 800
SEATTLE, WASHINGTON 98101
T 206.899.1996   F 973.232.0887