UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM,

                Plaintiff,

     v.

WEI "TONY" JIANG, *et al.*,

                Defendants.

Case No. C18-0356RSL

ORDER GRANTING MOTION TO WITHDRAW

This matter comes before the Court on counsel for defendant Wei "Tony" Jiang's motion to withdraw. Dkt. # 38. Having reviewed the papers submitted, the motion is GRANTED. Hozaifa Y. Cassubhai, Lucas S. Michels, and Maria Tu are no longer counsel of record for Mr. Jiang. The Clerk of Court is directed to terminate their participation in this case and to include in the docket Mr. Jiang's contact information:

    10356 Cook Road
    Houston, Texas 77099

    (503) 856-5948.

Mr. Jiang is now proceeding pro se in this litigation. Unless and until he retains new counsel, he is expected to follow the local rules of this district (found at http://www.wawd.uscourts.gov/sites/wawd/files/WAWDAllLocalCivilRules-2017.pdf) and the Federal Rules of Civil Procedure. Defendant is specifically advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made

under penalty of perjury. See LCR 7 and 10; 28 U.S.C. § 1746.

Dated this 24th day of October, 2018.

_____
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
WITHDRAW                                         -2-