The Honorable Robert S. Lasnik

1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8  AT SEATTLE

9  AMAZON.COM, INC., a Delaware
corporation; and VERA BRADLEY DESIGNS,
10  INC. an Indiana corporation,

No. 2:18-cv-00356-RSL

11             Plaintiffs,

STIPULATATION AND
[PROPOSED] ORDER
12       v.

PERMITTING CERTAIN
DEPOSITIONS AFTER
13  WEI "TONY" JIANG, et al.,

DISCOVERY CUTOFF

14             Defendants.

*Noted for Consideration:* January
15                                          10, 2018

16      Plaintiffs Amazon.com, Inc. ("Amazon") and Vera Bradley Designs, Inc. ("Vera

17  Bradley"), and Defendants Daixiuzhen Diaxuzhen, Zhu Young Cheng, Zhenyao Yang, Yoko

18  Nakamura, Jun Fan, Akira Nakamura, Lili Nelson, Wenjun Song, and Wenjuan Liu jointly

19  present the following stipulation and request that the Court enter the proposed subjoined order.

20                              **STIPULATION**

21      1.      On May 10, 2018, the Court entered a minute order setting the trial dates and

22  related deadlines in this case. In that order, the Court required discovery to be completed by

23  February 3, 2019.

24

25

26

27  STIPULATATION AND [PROPOSED] ORDER PERMITTING DEPOSITIONS
AFTER DISCOVERY CUTOFF
(No. 2:18-cv-00356-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

2.     Due to scheduling constraints of counsel and various party witnesses, and due to the fact that several parties reside or are currently located in China, the parties have agreed to take certain depositions after the February 3 discovery cutoff, namely:

        a.   Amazon.com, Inc's Rule 30(b)(6) deposition will be taken the week of **February 4, 2018**;

        b.   Vera Bradley Designs LLC's Rule 30(b)(6) deposition will be taken the week of February 11, 2018;

        c.   Daixiuzhen Diaxuzhen and Wenjuan Liu's depositions will be taken between February 18 and 29, 2018, if necessary.

3.     Accordingly, the parties have agreed—and respectfully request the Court's leave—to take these depositions after the February 3, 2018 discovery cutoff.  This stipulation will <u>not</u> require the amendment or postponement of any other case deadlines, including the dispositive motions deadline or the trial date.

ORDER

IT IS SO ORDERED.

DATED this **11** day of January, 2019.

_____

The Honorable Robert S. Lasnik
United States District Judge

STIPULATATION AND [~~PROPOSED~~] ORDER PERMITTING DEPOSITIONS
AFTER DISCOVERY CUTOFF
(No. 2:18-cv-00356-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    Stipulated and jointly presented by:

2

3                                          DAVIS WRIGHT TREMAINE LLP
                                           *Attorneys for Plaintiffs Amazon.com, Inc. and*
4                                          *Vera Bradley Designs, Inc.*

5                                          By */s/ James Harlan Corning*
                                              Bonnie E. MacNaughton, WSBA #36110
6                                             James Harlan Corning, WSBA #45177
                                              1201 Third Avenue, Suite 2200
7                                             Seattle, WA 98101-3045
                                              Tel: (206) 622-3150
8                                             Fax: (206) 757-7700
                                              Email:  bonniemacnaughton@dwt.com
9                                                     jamescorning@dwt.com

10
     CLOUTIER ORTEGA PLLC                   JOHNSON JACOBOWITZ & ARNOLD PC
11   *Attorneys for Defendants Yoko Nakamura &*   *Attorneys for Defendants Daixiuzhen*
     *Zhenyao Yang*                          *Diazuzhen, Zhu Young Cheng, Jun Fan, Akira*
12                                           *Nakamura, Lili Nelson, Wunjun Song, &*
     By */s/ Priya Sinha Cloutier* *         *Wenjuan Liu*
13       Priya Sinha Cloutier, WSBA No. 37407
         1700 Westlake Ave. N., Suite 200    By */s/ Nathan J. Arnold* *
14       Seattle, Washington 98109             Nathan J. Arnold, WSBA No. 45356
         Tel: (206) 319-9001                   2701 First Ave, Suite 340
15       Fax: (206) 693-4422                   Seattle, WA 98121
         Email:  priya@cotechlaw.com          Tel: (206) 866-3230
16                                             Email:  nathan@jjalaw.com

17                            ʼ

18

19

20

21

22

23

24

25   * Electronic signatures authorized via e-mail on 1/10/19.

26

27   STIPULATATION AND [PROPOSED] ORDER PERMITTING DEPOSITIONS
     AFTER DISCOVERY CUTOFF
     (No. 2:18-cv-00356-RSL) - 3

4830-3468-2757v.1 0051461-001944

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax