The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC. an Indiana corporation,

Plaintiffs,

v.

WEI "TONY" JIANG, et al.,

Defendants.

No. 2:18-cv-00356-RSL

SECOND STIPULATATION AND [PROPOSED] ORDER PERMITTING CERTAIN DEPOSITIONS AFTER DISCOVERY CUTOFF

***Noted for Consideration:*** February 1, 2019

Plaintiffs Amazon.com, Inc. ("Amazon") and Vera Bradley Designs, Inc. ("Vera Bradley"), and Defendants Daixiuzhen Diaxuzhen, Zhu Young Cheng, Zhenyao Yang, Yoko Nakamura, Jun Fan, Akira Nakamura, Lili Nelson, Wenjun Song, and Wenjuan Liu jointly present the following stipulation and request that the Court enter the proposed subjoined order.

**STIPULATION**

1. On May 10, 2018, the Court entered a minute order setting the trial dates and related deadlines in this case. In that order, the Court required discovery to be completed by February 3, 2019.

2. On January 11, 2019, the Court entered an order granting the parties' stipulated request to permit certain depositions to take place after the discovery cutoff.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. Due to scheduling constraints of counsel and one of the defendants, who is currently located in China, the parties have further agreed to take Defendant Zhenyao Yang's deposition during the week of February 11, 2019.

4. Accordingly, the parties have agreed—and respectfully request the Court's leave—to take this deposition after the February 3, 2018 discovery cutoff. This stipulation will not require the amendment or postponement of any other case deadlines, including the dispositive motions deadline or the trial date.

## ORDER

IT IS SO ORDERED.

DATED this 6th day of February, 2019.

MMS Lasnik

The Honorable Robert S. Lasnik
United States District Judge

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Stipulated and jointly presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs Amazon.com, Inc. and Vera Bradley Designs, Inc.*

By */s/ James Harlan Corning*
Bonnie E. MacNaughton, WSBA #36110
James Harlan Corning, WSBA #45177
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com
jamescorning@dwt.com

CLOUTIER ORTEGA PLLC
*Attorneys for Defendants Yoko Nakamura & Zhenyao Yang*

By */s/ Priya Sinha Cloutier* *
Priya Sinha Cloutier, WSBA No. 37407
1700 Westlake Ave. N., Suite 200
Seattle, Washington 98109
Tel: (206) 319-9001
Fax: (206) 693-4422
Email: priya@cotechlaw.com

JOHNSON JACOBOWITZ & ARNOLD PC
*Attorneys for Defendants Daixiuzhen Diazuzhen, Zhu Young Cheng, Jun Fan, Akira Nakamura, Lili Nelson, Wunjun Song, & Wenjuan Liu*

By */s/ Nathan J. Arnold* **
Nathan J. Arnold, WSBA No. 45356
2701 First Ave, Suite 340
Seattle, WA 98121
Tel: (206) 866-3230
Email: nathan@jjalaw.com

* Electronic signature authorized via e-mail on 1/27/19.
** Electronic signature authorized via email on 2/1/19.