The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC. an Indiana corporation, | No. 2:18-cv-00356-RSL |
| Plaintiffs, | STIPULATED PERMANENT INJUNCTION |
| v. | |
| WEI "TONY" JIANG, an individual; DAIXIUZHEN DIAXUZHEN, an individual; DAI XIUZHEN CO.," an unknown entity; ZHU YOUNG CHENG a/k/a "ZHU YONGCHENG," an individual; "ZHU YOUNGCHENG CO.," an unknown entity; ZHENYAO YANG, an individual; "ZHENYAO YANG CO.," an unknown entity; YOKO NAKAMURA, an individual; JUN FAN, an individual; AKIRA NAKAMURA, an individual; LILI NELSON, an individual; WENJUN SONG, an individual; WENJUAN LIU, an individual; and JOHN DOES 1–10, | |
| Defendant. | |

## **STIPULATION**

Plaintiffs Amazon.com, Inc. ("Amazon") and Vera Bradley Designs, Inc. ("Vera Bradley"), and Defendant Wei Jiang ("Defendant"), by and through their respective counsel of record if applicable, hereby stipulate and agree as follows:

1.  The Court may enter the following permanent injunction.

2.  Defendant hereby fully and irrevocably consents to the jurisdiction of the state and federal courts in King County, Washington, in any action or proceeding in which Amazon

STIPULATATED PERMANENT INJUNCTION
(No. 2:18-cv-00356-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main  206.757.7700 fax

1   or Vera Bradley seeks to enforce this injunction or otherwise stemming from Defendant'

2   noncompliance with this injunction.

3          DATED: April 29, 2019

4                                          DAVIS WRIGHT TREMAINE LLP
5                                          *Attorneys for Plaintiffs Amazon.com, Inc. and*
                                           *Vera Bradley Designs, Inc.*

6                                          By  */s/ James Harlan Corning*
7                                              Bonnie E. MacNaughton, WSBA #36110
                                               James Harlan Corning, WSBA #45177
8                                              920 Fifth Avenue, Suite 3300
                                               Seattle, Washington 98104-1610
9                                              Tel: (206) 622-3150
                                               Fax: (206) 757-7700
10                                             Email:  bonniemacnaughton@dwt.com
                                                       jamescorning@dwt.com

11

12                                         WEI JIANG
                                           *Defendant*

13

14                                         _____

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATATED PERMANENT INJUNCTION                    Davis Wright Tremaine LLP
(No. 2:18-cv-00356-RSL) - 2                                 LAW OFFICES
                                                      920 Fifth Avenue, Suite 3300
                                                        Seattle, WA 98104-1610
                                              206.622.3150 main · 206.757.7700 fax

1    or Vera Bradley seeks to enforce this injunction or otherwise stemming from Defendant'

2    noncompliance with this injunction.

3

4           DATED: _____, 2019

5                                    DAVIS WRIGHT TREMAINE LLP
                                     *Attorneys for Plaintiffs Amazon.com, Inc. and*
6                                    *Vera Bradley Designs, Inc.*

7                                    By _____
                                        Bonnie E. MacNaughton, WSBA #36110
8                                       James Harlan Corning, WSBA #45177
                                        920 Fifth Avenue, Suite 3300
9                                       Seattle, Washington 98104-1610
                                        Tel: (206) 622-3150
10                                      Fax: (206) 757-7700
                                        Email:  bonniemacnaughton@dwt.com
11                                              jamescorning@dwt.com

12

13                                   WEI JIANG
                                     *Defendant*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATATED PERMANENT INJUNCTION
(No. 2:18-cv-00356-RSL) - 2

## PERMANENT INJUNCTION

Pursuant to the terms of the settlement agreement reached in this matter, including the parties' agreement to stipulate to a permanent injunction, IT IS HEREBY ORDERED that Defendant, his agents, representatives, employees, successors, and assigns are permanently enjoined and restrained from:

1.      selling, offering for sale, advertising, marketing, shipping, transmitting, or distributing to Amazon, or to any other person or entity through any of Amazon's websites, any product or service;

2.      applying for, opening, operating, controlling or using any Amazon seller or vendor account, or applying for or participating in any Amazon Affiliate Program;

3.      manufacturing, distributing, offering to sell, or selling any product or service that incorporates Vera Bradley's brand, trademarks, or copyrights, or otherwise using Vera Bradley's brand, trademarks, or copyrights to manufacture, distribute, offer, or sell any product or service; and

4.      assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities listed above.

**IT IS SO ORDERED.**

DATED: _May 2_ , 2019

_____
The Honorable Robert S. Lasnik
United States District Judge

STIPULATATED PERMANENT INJUNCTION
(No. 2:18-cv-00356-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax