The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC. an Indiana corporation,

Plaintiffs,

v.

WEI "TONY" JIANG, an individual; DAIXIUZHEN DIAXUZHEN, an individual; DAI XIUZHEN CO.," an unknown entity; ZHU YOUNG CHENG a/k/a "ZHU YONGCHENG," an individual; "ZHU YOUNGCHENG CO.," an unknown entity; ZHENYAO YANG, an individual; "ZHENYAO YANG CO.," an unknown entity; YOKO NAKAMURA, an individual; JUN FAN, an individual; AKIRA NAKAMURA, an individual; LILI NELSON, an individual; WENJUN SONG, an individual; WENJUAN LIU, an individual; and JOHN DOES 1–10,

Defendants.

No. 2:18-cv-00356-RSL

STIPULATED PERMANENT INJUNCTION

## STIPULATION

Plaintiffs Amazon.com, Inc. ("Amazon") and Vera Bradley Designs, Inc. ("Vera Bradley"), and Defendants Yoko Nakamura, Zhenyao Yang, Zhu Youngcheng, Jun Fan, Lili Nelson, Wenjun Song, Wenjuan Liu, Dai Xiuzhen, and Akira Nakamura (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Court may enter the following permanent injunction.

STIPULATED PERMANENT INJUNCTION
(No. 2:18-cv-00356-RSL) - 1
4819-1403-5093v.1 0051461-001944

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. Defendants hereby fully and irrevocably consent to the jurisdiction of the state and federal courts in King County, Washington, in any action or proceeding in which Amazon or Vera Bradley seeks to enforce this injunction or otherwise stemming from Defendants' noncompliance with this injunction.

DATED: May 7, 2019

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs Amazon.com, Inc. and Vera Bradley Designs, Inc.*

By  */s/ James Harlan Corning*
Bonnie E. MacNaughton, WSBA #36110
James Harlan Corning, WSBA #45177
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Tel: (206) 622-3150
Fax: (206) 757-7700
Email:  bonniemacnaughton@dwt.com
    jamescorning@dwt.com

CLOUTIER ORTEGA PLLC
*Attorneys for Defendants Yoko Nakamura & Zhenyao Yang*

By  */s/ Priya Sinha Cloutier* *
Priya Sinha Cloutier, WSBA No. 37407
1700 Westlake Ave. N., Suite 200
Seattle, Washington 98109
Tel: (206) 319-9001
Fax: (206) 693-4422
Email:  priya@cotechlaw.com

JOHNSON JACOBOWITZ & ARNOLD PC
*Attorneys for Defendants Daixiuzhen Diazuzhen, Zhu Young Cheng, Jun Fan, Akira Nakamura, Lili Nelson, Wunjun Song, & Wenjuan Liu*

By  */s/ Nathan J. Arnold* *
Nathan J. Arnold, WSBA No. 45356
2701 First Ave, Suite 340
Seattle, WA 98121
Tel: (206) 866-3230
Email:  nathan@jjalaw.com

* E-signature added by email authorization.

STIPULATED PERMANENT INJUNCTION
(No. 2:18-cv-00356-RSL) - 2
4819-1403-5093v.1 0051461-001944

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## PERMANENT INJUNCTION

Pursuant to the terms of the settlement agreement reached in this matter, including the parties' agreement to stipulate to a permanent injunction, IT IS HEREBY ORDERED that Defendants, their agents, representatives, employees, successors, and assigns are permanently enjoined and restrained from:

1. selling, offering for sale, advertising, marketing, shipping, transmitting, or distributing to Amazon, or to any other person or entity through any of Amazon's websites, any product or service;

2. applying for, opening, operating, controlling or using any Amazon seller or vendor account, or applying for or participating in any Amazon Affiliate Program;

3. manufacturing, distributing, offering to sell, or selling any product or service that incorporates Vera Bradley's brand, trademarks, or copyrights, or otherwise using Vera Bradley's brand, trademarks, or copyrights to manufacture, distribute, offer, or sell any product or service; and

4. assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities listed above.

**IT IS SO ORDERED.**

DATED: May 8, 2019

_____
The Honorable Robert S. Lasnik
United States District Judge

STIPULATED PERMANENT INJUNCTION
(No. 2:18-cv-00356-RSL) - 3
4819-1403-5093v.1 0051461-001944

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax